# MINUTE ORDER

Page 1

## Magistrate Judge Lauren F. Louis

Atkins Building Courthouse - 11th Floor     Date: 3/~~25~~26/2020   Time: 1:15 p.m.

Defendant: Juan Luis Hernandez Rodriguez   J#: SUMMONS   Case #: 20-mj-2489-Louis
AUSA: Saajad Matin   *Released*   Attorney: Jesus Novo, III (Temp.)
Violation: Attempted PWID Cocaine   Surr/Arrest Date:   YOB:

Proceeding: Initial Appearance   CJA Appt:

Bond/PTD Held: ☐ Yes ☐ No   Recommended Bond:
Bond Set at: STIP #350K PSB and #50K 10% w/2 co-signers   Co-signed by: 1) Cindy Hernandez  2) Juan Daniel Hernandez - lives in Mexico, will travel to U.S. and posted and documents needed

[✓] Surrender and/or do not obtain passports/travel docs in Orlando - Middle District of Florida
[✓] Report to PTS as directed/or ___ x's a week/month by phone: ___ x's a week/month in person
[ ] Random urine testing by Pretrial Services
    Treatment as deemed necessary
[ ] Refrain from excessive use of alcohol
[ ] Participate in mental health assessment & treatment
[ ] Maintain or seek full-time employment/education
[ ] No contact with victims/witnesses, except through counsel
[✓] No firearms
[✓] Not to encumber property pursuant to the bonds.
[ ] May not visit transportation establishments
[✓] Home Confinement/Electronic Monitoring and/or at the discretion of the assigned officer (Deft.) in M/D/FL
    Curfew ___ pm to ___ am, paid by ___
[✓] Allowances: Medical needs, court appearances, attorney visits, religious, employment
[✓] Travel extended to: SDFL/ MDFL to attend court hearing
[ ] Other: Address of property to be used as collateral placed on the record in open court

Language: Spanish

Disposition: Defendant appeared via video conference. Defendant advised of rights and charges. Government requests #350K PSB co-signed by 2 other individuals with real and #50K 10% bond property that will serve as collateral. This is an agreed/stipulated bond. Courts adopts the stipulation. Bond due by 4-2-2020 (COB) to be posted and signed, close of business

Time from today to ___ excluded from Speedy Trial Clock

**NEXT COURT APPEARANCE**   Date:   Time:   Judge:   Place:
Report RE Counsel: 4-21-2020 @ 1:30 pm   Duty Miami
PTD/Bond Hearing: 4-21-2020 @ 1:30 pm   Duty Miami
Prelim/Arraign or Removal: 4-21-2020 @ 1:30 pm   Duty Miami
Status Conference RE:
D.A.R. 13:20:34   Time in Court: 20 minutes

s/Lauren F. Louis            Magistrate Judge

* The defendant appeared before the court on a summons via video conference. *
Bond to be posted and submitted to the Court by close of business on 4-2-2020.